## Todd, Pollock & Granger v. Bailey & Co. et al.

PARTNERSHIP: ACTION TO CHARGE AS PARTNERS.

*Appeal from Des Moines Circuit Court.*

WEDNESDAY, MARCH 23, 1881.

THIS is an action in equity in which it is sought to charge the defendants, H. Bailey & Co., with certain liabilities as members of another partnership known as the Burlington Furniture Co. The defendants deny that they were members of said partnership, or that they were in any way liable as partners. The cause was tried before a referee, who found that the plaintiffs had no just or equitable claim against the defendants. The report of the referee was approved, and a decree was entered dismissing the plaintiffs' petition at their costs. Plaintiffs appeal.

*T. Hedge, Jr.*, and *Newman & Blake*, for appellants.

*Geo. Robertson* and *J. T. Illick*, for appellees.

ROTHROCK, J.—The cause is triable anew in this court. It involves the single question of fact whether or not the defendants are liable as partners in the firm known as the Burlington Lumber Co. A careful examination of the evidence satisfies us that the referee and the court below correctly found that the alleged partnership relation did not exist. We need not review the evidence. To do so would serve no useful purpose.

AFFIRMED.